UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br>This Document Relates to: <br><br>Brandy Stinson, 1:17-cv-2817-RLY-TAB <br>Kalvin Kinchen, 1:21-cv-2375-RLY-TAB <br>Tonya Richardson, 1:22-cv-199-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB <br>MDL No. 2570 |

**ORDER DISMISSING CASES**

The Magistrate Judge recommends the actions listed above be dismissed without prejudice for Plaintiffs' failure to appear at two telephonic status conferences and Plaintiffs' failure to respond to the court's show cause order. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 27465). Accordingly, the court **DISMISSES** Plaintiffs' actions (Filing Nos. 1:17-cv-2817, 1:21-cv-2375, and 1:22-cv-199) **WITHOUT PREJUDICE**.

**SO ORDERED** this 24th day of November 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

John T. Kirtley, III is required to serve Plaintiffs Brandy Stinson, Kalvin Kinchen, and Tonya Richardson.

1